

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2025

No. 04-25-00326-CV

**IN RE** Wesley James **CRAWFORD**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
               Adrian A. Spears II, Justice
               Velia J. Meza, Justice

Relator filed his petition for writ of mandamus challenging an order allegedly rendered on February 1, 2021, by the trial court. The court has determined that relator is not entitled to the relief requested based on the petition and record filed. Relator's petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on June 18, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2020EM500623, styled *In the Interest of A.I.C., et al.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Eric J. Rodriguez presiding.